# United States District Court
## District of Rhode Island

JEFFREY SOARES

    Plaintiffs

Hon _____JJM-LDA_____

    VS

Case number CA 18 - 352

OCEAN EXPRESS LLC. and

MELANIE REED, JOHN/JANE DOE(S)

    60 MEAD ST. SEEKONK, MA,

       02771-5913

       Defendants

_____/

Jeffrey Soares

74 ROCHAMBEAU AVE,

PROVIDENCE R.I.02906

(401) 285-6303

JEFF.SWAREZ@GMAIL.COM

Attorneys for Plaintiffs

    IN PRO PER

_____/

# COMPLAINT

Page | 1

# INTRODUCTORY STATEMENT

Plaintiff Jeffrey Soares was a employee at OCEAN EXPRESS LLC.

Due to the illegal practices of the defendants, I bring this civil lawsuit forward.

The Plaintiff alleges that the defendants entered him into contracts against his expressed will under fraud and violated the accepted contract the Plaintiff has with the I.R.S. which constitutes breech and traverse of said contract by defendants actions.

Discrimination in the work place, Depravation of rights, and other federal violations that apply to the illegal actions taken by defendants to be proven to the court.

The plaintiff wishes to live in a free society where innocent people exist under the rights and laws afforded to them., and cannot be usurped the ignorance of Parties whom have no authority in law to do so.

## JURISDICTION AND VENUE

This court has original jurisdiction over Plaintiff's federal claims under 28 U.S.C. §§ 1331 and 1343 because this is a civil action seeking redress for the deprivation of rights secured by the United States Constitution.

This court has supplemental jurisdiction over Plaintiff's state law claim under 28 U.S.C. § 1367(a) because it is part of the same case or controversy as Plaintiff's federal claims.

Jurisdiction of this court is based on diversity of citizenship and the amount in controversy exceeds the sum of $75,000 in damages, exclusive of interest and costs.

## PARTIES

Plaintiff Jeffery Soares is a resident of 74 Rochambeau Ave, Providence, Rhode Island

Defendants OCEAN EXPRESS LLC is located at 60 Mead St, Seekonk, Massachusetts

Defendants MELANIE REED is the person who handles payroll for OCEAN EXPRESS LLC.

## STATEMENT OF CASE

I was hired on Wednesday May 5, 2018 the same day I applied for the job. I informed OCEAN EXPRESS LLC of my accepted contract with the I.R.S. .

I submitted Legally performed documentation May 6, 2018, as well as proof of service and advised OCEAN EXPRESS LLC to consult their legal person and to verify with the I.R.S. of my contract.

I  also advised OCEAN EXPRESS LLC  **not to enter me into contract** and to inform me of any issues with verification.

I assumed this was done when I received my first  two paychecks with no **WITHOLDINGS** listed on the pay stub.  When I received my third check on May 25, 2018 it had **WITHHOLDINGS** listed when I asked about the error I was told by the owner RON  REED it was done by an agent at PAYCHEX INC this was not true

**My contract was legally performed, accepted and is legally binding** and meets conditions of  RULE 44 **PROVING AN OFFICIAL RECORD**.

Then on May 29. 2018 at 12:05 pm I spoke to Melanie Reed on the phone and she told me that she rejected my contract.

The defendants have unreasonably refused to perform their obligation as detailed above and is in breach and traverse of the aforementioned contract.

The defendants have fraudulently entered me into contracts  without my consent. As **I did not fill out a W4- Form**. I was given an exemption form that did not apply to my situation.

It also damages my legal standing  the **REMEDY** I achieved through legal means , and was executed in accordance with IRS MANUAL and applicable laws stated in said contract.

**Since all criteria under law have been met and acceptance of my contract has been achieved, this matter is not frivolous and enforceable under law.**   The plaintiff has suffered harm as a result of the fraudulent misrepresentation .

.

FACTS

COUNT ONE

U.S.C.TITLE § 18-241

CONSPIRACY AGAINST RIGHTS

This statute makes it unlawful for two or more persons to conspire to injure, oppress, threaten, or intimidate any person of any state, territory or district in the free exercise or enjoyment of any right or privilege secured to him/her by the Constitution or the laws of the United States, (or because of his/her having exercised the same).

Due to this action taken against me by the **defendants willfully voiding my accepted contract** with the I.R.S.

## COUNT TWO

## TITLE 18 U.S.C. § 242

## Deprivation of rights

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights. Privileges, or immunities secured or protected by the Constitution or laws of the UNITED STATES, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens.

## COUNT THREE

## TITLE 18 U.S.C.. § 1091

## GENOCIDE

Whoever, whether in time of peace or in time of war with the specific intent to destroy, in whole or in part, a national, ethnic, racial, or religious groups.

sec (a) (3)causes the permanent impairment of the mental faculties

Sec. (a) (4) subjects the group to condition of life that are intended to cause the physical destruction of that group.

.

## COUNT FOUR

## U.C.C. § 5-109

## FRAUD

I did not fill out a W-4 when I was employed with OCEAN EXPRESS LLC. I was well aware of what it would do to my contracts standing. That is why i advised the defendants to contact their legal person and the I.R.S. *on how to proceed.*

The defendants were advised of this fact and what it would do to me, and I demanded to be informed if there was a problem with the verification. I would deal with the I.R.S. myself and do not enter me into contract with them.

My demands were willfully ignored and I am now irreparably damaged by the defendants actions.

## COUNT FIVE

## DISCRIMINATION

Based on the fact that the accepted documentation presented was legally performed and binding with proof of service. I believe this action was racial profiling based off my appearance and the defendants willful ignorance of law. My time there was a daily test being the butt of jokes about my ethnicity and past work experience.

With nothing to go by other than my appearance I was treated like a liar every day. making it a hostile work environment to endure humiliation and disrespect.

## COUNT SIX

## 18 U.S.C. § 2071

## CONCEALMENT, ROMOVAL,OR MUTILATION

Since the defendants having possession of my contract and unreasonable refusal to do their due diligence in this matter.

Is a direct violation of 18 U.S.C. 2071 for unlawfully concealing my documents leading to the void of my contract.

I find this situation unacceptable that my legal standing be attacked through the illegal practices of the defendants.

## COUNT SEVEN

## U.C.C. § 2-607

## BREACH AND TRAVERSE

For willfully violating my contract with illegal practices violates U.C.C. §2-607 which constitutes breach.

# DEMAND FOR RELIEF

Plaintiffs request that this court:

a. assert jurisdiction over this matter;

b. award compensatory and punitive damages to Plaintiffs, in an amount to be proved at trial;

c. award cost of reissue of amended contracts to renew Plaintiffs legal standing in the amount of $2800

d. award Plaintiffs  costs and attorneys' fees pursuant to 42 U.S.C. § 1988; and

e. grant or award such other relief that this Court deems just and proper.

d.  provide remedy.

Respectfully submitted,

Attorney for Plaintiffs

IN PRO PER

Jeffrey Soares

74 ROCHAMBEAU AVE

PROVIDENCE R.I.02906

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint:
(1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
(2) is supported by existing law or by a non frivolous argument for extending, modifying, or reversing existing law;
(3) the factual contentions have  evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and
(4) the complaint otherwise complies with the requirements of Rule 11.

**I declare under penalty of perjury (under the laws of the United States of America) that the foregoing is true and correct.**

DATE: _6-27-18_          UCC 1-308 & 1-207: _[signature]_